IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01381-RPM

TERRY PAULSON,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

Upon considering the plaintiff's motion for remand, filed July 30, 2007, and finding that the argument made in support of the motion is without merit, it is

ORDERED that the motion to remand is denied.

DATED: July 31st, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge