**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              June 3, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-01381-RPM

TERRY PAULSON,                                          Jere K. Bachus
                                                        Bastion T. Kane
     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,         Marc R. Levy

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Status Conference**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

2:01 p.m.     Argument by Mr. Levy.
2:24 p.m.     Argument by Mr. Bachus.
2:46 p.m.     Rebuttal argument by Mr. Levy.

**ORDERED:     Defendant's Motion for Summary Judgment, filed March 26, 2008 [18], is granted with respect to plaintiff's Bad Faith Claim and denied in all other respects.**

**2:54 p.m.        Court in recess.**
**3:08 p.m.        Court in session.**

Statements by Mr. Levy.

Court advises counsel that it expects attorneys to cooperate with each other.

**3:10 p.m.        Court in recess.**

Hearing concluded.  Total time: 56 min.