IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01381-RPM

TERRY PAULSON,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [37], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs. It is

FURTHER ORDERED that the May 28, 2010, pretrial conference and the June 28, 2010, trial date are vacated.

Dated: May 4th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge